IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-01167-AP

**CAROL A. WILCOX**,

       Plaintiff

v.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security,

       Defendant

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCE OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Benjamin T. Kennedy | JOHN F. WALSH |
| Sawaya, Rose, McClure & Wilhite, P.C. | United Stated Attorney |
| 1600 Ogden Street | WILLIAM G. PHARO |
| Denver, CO 80212 | Assistant United States Attorney |
| Telephone: (303) 551-7701 ext. 1015 | District of Colorado |
| E-mail: bkennedy@sawayalaw.com | |
| | M. Thayne Warner |
| | Special Assistant United States Attorney |
| | Assistant Regional Council |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street |
| | Denver, CO 80202 |
| | Telephone: (303) 844-7237 |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:**    May 4, 2012

    B.    **Date Complaint Was Served on U.S. Attorney's Office:**  May 4, 2012

    C.    **Date Answer and Administrative Record Were Filed:**  July 6, 2012

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Counsel for both Plaintiff and Defendant state that, to the best of their knowledge, the record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate. However, the Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.**

The parties state that, to the best of their knowledge, this case does not involve any unusual claims or defenses.

**7.    OTHER MATTERS**

There are no other matters anticipated.

**8.    BRIEFING SCHEDULE**

This JCMP is due July 26, 2012. All dates are calculated from that base date.

    A.    **Plaintiff's Opening Brief Due:**    September 4, 2012

    B.    **Defendant's Response Brief Due:**    October 4, 2012

    C.    **Plaintiff's Reply Brief (If Any) Due:**    October 19, 2012

**9. STATEMENTS REGARDING ORAL ARGUMENT**

Plaintiff requests oral argument.

Defendant does not request oral argument.

10.    **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      **A.** (**X**) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

      **B.** ( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge

11.    **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO. LCiv 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12.    **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

None.

DATED this 19th day of July, 2012.

                                    BY THE COURT:

                                    <u>s/John L. Kane</u>
                                    U.S. DISTRICT COURT JUDGE

APPROVED:

| /s/Benjamin T. Kennedy | /s/ M. Thayne Warner |
|---|---|
| Benjamin T. Kennedy | M. Thayne Warner |
| 1600 Ogden Street | Special Assistant U.S. Attorney |
| Denver, CO 80218 | 1001 Seventeenth Street |
| Telephone (303) 551-7701 ext. 1015 | Denver, CO 80202 |
| bkennedy@sawayalaw.com | Telephone: (303) 844-7237 |
| Attorney for Plaintiff | thayne.warner@ssa.gov |
|  | Attorney for Defendant |