IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-01167-WYD

CAROL A. WILCOX,

   Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

   Defendant.

## ORDER

THIS MATTER is before the Court on Plaintiff's Petition for Fees Under 28 U.S.C. § 2412 filed December 16, 2013 and the Stipulation for Equal Access to Justice Act Attorney Fees filed January 6, 2014.  The original motion filed by Plaintiff sought an award of fees in the amount of $5,170.48.  The stipulation, which I construe as a stipulated motion, advises the Court that the parties have now stipulated to an award of attorney fees in the amount of $3,670.00.  Having reviewed the motions and finding good cause for the relief sought in the stipulated motion, it is

ORDERED that the Stipulated Motion for Attorney Fees Under the Equal Access to Justice Act (ECF No. 27) is **GRANTED**.  Attorney fees in the amount of **$3,670.00** are awarded to and shall be made payable to Plaintiff and sent to her, care of her attorney, at the address listed in the motion.  It is

FURTHER ORDERED that in light of the stipulated motion, Plaintiff's Petition for Fees Under 28 U.S.C. § 2412 (ECF No. 26) is **DENIED AS MOOT**.

Dated January 27, 2014

         BY THE COURT:

         s/ Wiley Y. Daniel
         Wiley Y. Daniel
         Senior United States District Judge